UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY CHANG, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>HELIOS AND MATHESON ANALYTICS INC., THEODORE FARNSWORTH and STUART BENSON,<br><br>                      Defendants. | Civil Action No: 1:18-CV-06965 (JGK) |
| JEFFREY BRAXTON, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>HELIOS AND MATHESON ANALYTICS INC., THEODORE FARNSWORTH and STUART BENSON,<br><br>                      Defendants. | Civil Action No.: 1:18-CV-07242 (JGK) |

**NOTICE OF WITHDRAWAL OF THE HELIOS INVESTOR GROUP'S MOTION TO CONSOLIDATE ACTIONS AND BE APPOINTED LEAD PLAINTIFF AND TO <u>APPROVE ITS SELECTION OF COUNSEL</u>**

**PLEASE TAKE NOTICE** that Class members Class members Zeke A. Jackson, Charles D. Coffey, Rawa Maadarani, Bridgette Dunn, Genadi Ignator, and Vinay Patel ("Helios Investor Group") withdraw their motion seeking an Order: (a) appointing Helios Investor Group as lead plaintiff in the Action and (b) approving Helios Investor Group's selection of Gainey McKenna & Egleston as Lead Counsel for the Class.

Notwithstanding this withdrawal, this notice of withdrawal shall have no effect on, and is without prejudice to the Helios Investor Group remaining as members of the proposed class, including, but not limited to their right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise, or to be appointed lead plaintiff if the Court finds that no other movants qualify.

Dated: October 24, 2018

          Respectfully submitted,

          **GAINEY McKENNA & EGLESTON**

By:   */s/ Thomas J. McKenna*
      Thomas J. McKenna
      Gregory M. Egleston
      440 Park Avenue South, 5th Floor
      New York, NY  10016
      Telephone: 212-983-1300
      Facsimile: 212-983-0383
      Email: tjmckenna@gme-law.com
      Email: gegleston@gmelaw.com

*Attorneys for the Helios Investor Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 24, 2018.

*/s/ Thomas J. McKenna*
Thomas J. McKenna