UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8-6-19

JEFFREY CHANG, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

- against -

HELIOS AND MATHESON ANALYTICS INC., ET AL.

Defendants.

18-cv-6965 (JGK)

JEFFREY BRAXTON, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

- against -

HELIOS AND MATHESON ANALYTICS INC., ET AL.

Defendants.

18-cv-7242 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiffs shall submit an amended complaint by **August 16, 2019.** The defendants shall file their motion to dismiss by **September 11, 2019.** The plaintiffs should respond by **September 27, 2019,** and the defendants may reply by **October 11, 2019.** All pending motions are **dismissed without prejudice.**

The Clerk is directed to close all pending motions.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 5, 2019**

**John G. Koeltl**
**United States District Judge**