

Robert A. Horowitz
Tel 212.801.2194
Fax 212 224.6114
horowitzr@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-30-20

January 30, 2020

**Via ECF**
Hon. John G. Koeltl
United States Courthouse
500 Pearl Street, Room 1930
New York, NY 10007-1312

> *Re: In re Helios and Matheson Analytics, Inc. Securities Litigation
> (18-cv- 6965-JGK); In re Helios and Matheson Analytics, Inc.
> Shareholder Derivative Litigation (19-cv-02863-JGK)*

Dear Judge Koeltl:

As counsel for Defendants in the above-entitled actions, we write to advise the Court that on January 28, 2019, Helios and Matheson Analytics, Inc. ("Helios") (the corporate defendant in the class action and nominal defendant in the derivative action) filed a voluntary Chapter 7 Petition in the United States Bankruptcy Court for the Southern District of New York.

Respectfully submitted,

*/s/ Robert A. Horowitz*
Robert A. Horowitz

---

*[Handwritten note:]* This case is stayed as to Helios. The remaining parties should advise the Court by letter by 2/7/20 how they propose to proceed. So ordered.
1/30/20  /s/ JGK/Koeltl
U.S.D.J.