UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE HELIOS AND MATHESON ANALYTICS, INC. SECURITIES LITIGATION

18 cv 6965 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties have notified the Court by letter dated October 6, 2020 that the parties have agreed in principle to resolve all outstanding issues and claims. Therefore, the Motion to Dismiss the Plaintiffs' Third Amended Class Action Complaint and the Motion for Limited Relief from the PSLRA Discovery Stay are withdrawn without prejudice to renewal in the event that the settlement is not consummated. The Clerk is directed to close Docket Nos. 93, 109, & 122.

SO ORDERED.

Dated: New York, New York
October 13, 2020

John G. Koeltl
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2020