UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HELIOS AND MATHESON ANALYTICS, INC. SECURITIES LITIGATION | Case No. 1:18-CV-06965-JGK<br><br>**CLASS ACTION** |

**NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Dated: December 11, 2020

**LEVI & KORSINSKY, LLP**

Shannon L. Hopkins (SH-1887)
  shopkins@zlk.com
Gregory M. Potrepka (GP-1275)
  gpotrepka@zlk.com
Andrew W. Rocco (admitted *Pro Hac Vice*)
  arocco@zlk.com
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

PLEASE TAKE NOTICE that the Helios and Matheson Investor Group ("Lead Plaintiff"), comprised of George Hurst, Marcus Washington, Daniel Mercer, Juan Taveras, and Amit Katiyar ("Plaintiffs"), individually and on behalf of all Class Members, by and through counsel, respectfully move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order: (1) preliminarily approving the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated December 11, 2020; (2) preliminarily certifying the proposed Class for settlement purposes only, appointing Plaintiffs as class representatives and Plaintiffs' Lead Counsel as class counsel; (3) approving the form, manner, and method of providing Notice of the Settlement to the Class, including the mailed Postcard Notice, the Publication Notice, and the posting of the Stipulation and its Exhibits on a website maintained by the Claims Administrator; and, (4) setting deadlines for the mailing of the Postcard Notice and publication of the Publication Notice, for Class Member objections an Class Member opt-out notices, for filing of Lead Plaintiff's motion for Final Approval of the Settlement, and for filing of Plaintiffs' Counsel application for an award of attorneys' fees and reimbursement of expenses and compensatory service awards to Plaintiffs, and scheduling a Settlement Hearing at which this Court will, among other things, consider final approval of the Settlement.

This motion is based upon the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, the Declaration of Shannon L. Hopkins in Support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, and all related exhibits.

Defendants do not oppose this motion.

DATED: December 11, 2020                    Respectfully submitted,

                                                  **LEVI & KORSINSKY, LLP**

                                                  By: /s/ *Shannon L. Hopkins*
                                                        Shannon L. Hopkins (SH-1887)
                                                          shopkins@zlk.com
                                                       Gregory M. Potrepka (GP-1275)
                                                          gpotrepka@zlk.com
                                                       Andrew W. Rocco (admitted *Pro Hac Vice*)
                                                          arocco@zlk.com
                                                       1111 Summer Street, Suite 403
                                                       Stamford, CT 06905
                                                       Telephone: (203) 992-4523
                                                       Facsimile: (212) 363-7171

                                                  *Counsel for Lead Plaintiff and Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, Shannon L. Hopkins, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 11th day of December, 2020.

        /s/ *Shannon L. Hopkins*
        Shannon L. Hopkins