UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HELIOS AND MATHESON ANALYTICS, INC. SECURITIES LITIGATION | Case No. 1:18-CV-06965-JGK <br><br> **CLASS ACTION** |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF
ALLOCATION AND FINAL CERTIFICATION OF SETTLEMENT CLASS**

Dated: April 1, 2021

**LEVI & KORSINSKY, LLP**

Shannon L. Hopkins (SH-1887)
  shopkins@zlk.com
Gregory M. Potrepka (GP-1275)
  gpotrepka@zlk.com
Andrew W. Rocco (admitted *Pro Hac Vice*)
  arocco@zlk.com
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff Helios and Matheson Investor Group, individually and on behalf of all Class Members, by and through counsel, will move this Court on May 6, 2021, at 10:00 a.m., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, or as soon thereafter as counsel may be heard, before the Honorable John G. Koeltl, for entry of orders and judgment, pursuant to Rule 23 of the Federal Rules of Civil Procedure:  (1) granting final approval of the proposed Settlement; (2) approving the proposed Plan of Allocation as fair, reasonable, and adequate; and (3) granting final certification of the proposed Class for settlement purposes only.

This motion is based upon the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of Settlement Class; the Declaration of Shannon L. Hopkins in Support of (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of Settlement Class, and (2) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards to Lead Plaintiff, and all related exhibits; the pleadings and records on file; and other such matters and arguments as the Court may consider at the hearing on this motion. Plaintiffs have conferred with counsel for Defendants who represent Defendants do not oppose this motion.

A proposed Final Order and Judgment (substantially similar to the one submitted with Lead Plaintiff's motion for preliminary approval, ECF No. 126-7) and a proposed order granting approval of the Plan of Allocation are submitted herewith. To the extent objections are received hereafter that necessitate revisions to Lead Plaintiff's proposed orders, new proposed orders

granting the requested relief will be submitted with Lead Plaintiff's reply papers after the deadline for objecting to the Settlement and Plan of Allocation has passed.

DATED: April 1, 2021                                   Respectfully submitted,

                                          **LEVI & KORSINSKY, LLP**

                                       By: /s/ *Shannon L. Hopkins*
                                            Shannon L. Hopkins (SH-1887)
                                              shopkins@zlk.com
                                            Gregory M. Potrepka (GP-1275)
                                              gpotrepka@zlk.com
                                            Andrew W. Rocco (admitted *Pro Hac Vice*)
                                              arocco@zlk.com
                                            1111 Summer Street, Suite 403
                                            Stamford, CT 06905
                                            Telephone: (203) 992-4523
                                            Facsimile: (212) 363-7171

                                            *Counsel for Lead Plaintiff and Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, Shannon L. Hopkins, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 1st day of April, 2021.

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins
