UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HELIOS AND MATHESON ANALYTICS, INC. SECURITIES LITIGATION | Case No. 1:18-CV-06965-JGK <br><br> **CLASS ACTION** |

**NOTICE OF LEAD COUNSEL'S MOTION FOR
AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT
OF EXPENSES, AND INCENTIVE AWARDS TO LEAD PLAINTIFF**

Dated: April 1, 2021

**LEVI & KORSINSKY, LLP**

Shannon L. Hopkins (SH-1887)
　shopkins@zlk.com
Gregory M. Potrepka (GP-1275)
　gpotrepka@zlk.com
Andrew W. Rocco (admitted *Pro Hac Vice*)
　arocco@zlk.com
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

PLEASE TAKE NOTICE that on May 6, 2021, at 10:00 a.m., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, or as soon thereafter as counsel may be heard, before the Honorable John G. Koeltl, United States District Judge, court-appointed Lead Counsel Levi & Korsinsky, LLP, will and hereby does move for an order awarding attorneys' fees in the amount of $2,062,500 reimbursement of $106,794.83 in expenses, and incentive awards to Plaintiffs in the amount of $5,000 each ($25,000 in the aggregate), which payments include but are not limited to reimbursement of costs and expenses in representing the Class pursuant to 15 U.S.C. § 78u-4(a)(4) to be paid from the Settlement Fund.

This motion is based upon this notice of motion; the accompanying Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards to Lead Plaintiff; the Declaration of Shannon L. Hopkins in Support of (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of Settlement Class, and (2) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards to Lead Plaintiff, and all related exhibits; the pleadings and records on file, and other such matters and arguments as the Court may consider at the hearing on this motion. Plaintiffs have conferred with counsel for Defendants who represent Defendants do not oppose this motion.

A proposed order granting the requested relief is submitted herewith. To the extent objections are received hereafter that necessitate revisions to Lead Counsel's proposed order, a new proposed order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to Lead Counsel's application for an award of attorneys' fees, reimbursement of expenses, and incentive award for Lead Plaintiff has passed.

DATED: April 1, 2021                                   Respectfully submitted,

                                                       **LEVI & KORSINSKY, LLP**

                                                       By: /s/ *Shannon L. Hopkins*
                                                               Shannon L. Hopkins (SH-1887)
                                                                 shopkins@zlk.com
                                                               Gregory M. Potrepka (GP-1275)
                                                                 gpotrepka@zlk.com
                                                               Andrew W. Rocco (admitted *Pro Hac Vice*)
                                                                 arocco@zlk.com
                                                               1111 Summer Street, Suite 403
                                                               Stamford, CT 06905
                                                               Telephone: (203) 992-4523
                                                               Facsimile: (212) 363-7171

                                                       *Counsel for Lead Plaintiff and Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, Shannon L. Hopkins, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 1st day of April, 2021.

                                           /s/ *Shannon L. Hopkins*
                                           Shannon L. Hopkins