UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEFFREY CHANG,

                Plaintiff,

                                                          18 civ 6965 (JGK)

-against-                             18 cv 7242 ~~18 civ 2742~~ (JGK)

                                                          19 civ 2863 (JGK)

HELIOS AND MATHESON ANALYTICS, INC. et al.,
                Defendants.
-------------------------------------------------------------X

## ORDER

The settlement hearing scheduled for May 6, 2021, at 10:00am is **adjourned to Thursday, May 13, 2021, at 12:00pm.**

**SO ORDERED.**

                                                                      **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        April 30, 2021

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-21
```