UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEFFREY CHANG,

                Plaintiff,

                18 civ 6965 (JGK)
-against-                 18 civ 7242 (JGK)
                19 civ 2863 (JGK)

HELIOS AND MATHESON ANALYTICS, INC. et al.,
                Defendants.
-----------------------------------------------------------X

## ORDER

The settlement hearing scheduled for Thursday, May 13, 2021, at 12:00pm is **adjourned to 2:30pm, the same day.**

**SO ORDERED.**

                _____
                **JOHN G. KOELTL**
                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       May 7, 2021