UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE HELIOS AND MATHESON
ANALYTICS, INC. SECURITIES
LITIGATION.

18-cv-6965 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court received the attached correspondence regarding a notice of a rejected Proof of Claim. The plaintiffs are directed to file a response to the attached correspondence by December 27, 2021.

SO ORDERED.

Dated:  New York, New York
        December 14, 2021

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge

1

Paul O'Malley
PO Box 2427
Avila Beach, CA 93424

December 10, 2021



Hon. John G. Koeltl
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Honorable Judge Koeltl,

This letter is a <u>request that the Court review the full rejection of my claim</u> #P5FBJY9HT7 for the Helios and Matheson Analytics, Inc. Securities Litigation.

Using the JND Legal Administration website on April 2, 2021, I supplied all requested documentation evidencing my <u>purchase</u> of Helios and Matheson Analytics Inc. stock on the following dates:

    May 24, 2018    2,000 shares at $0.4586/share for $917.20 plus $2 comm = $919.20
    June 6, 2018    250 shares at $0.34/share for $85.00 plus $2 comm = $87.00
    June 25, 2018    400 shares at $0.28/share for $112.00 plus $2 comm = $114.00

    <u>Total purchases $1,114.20</u> plus $6 comm = $1,120.20

After all reverse splits of the Helios stock, I was left with 11 shares. I supplied all requested documentation evidencing my <u>sale</u> of Helios and Matheson Analytics Inc. stock:

    August 1, 2018  11 shares at $0.26/share for $2.85 plus $2 comm = $0.85

    <u>Total sale of shares $2.85</u> plus $2 comm = $0.85

<u>I showed evidence of a loss of $1,111.35</u> plus $8 comm = $1,119.35

Enclosed you will find the same documentation that was requested and was filed.

On December 8, 2021, I received the enclosed email stating that my Proof of Claim and Release submitted "did not calculate to a Recognized Loss in accordance with the Court-approved Plan of Allocation".

Paul O'Malley

Enclosures



Paul O'Malley <pnomalley@gmail.com>

## In re Helios and Matheson Analytics, Inc. Securities Litigation (Claim # P5FBJY9HT7)

1 message

**info@heliosandmathesonsecuritieslitigation.com**             Wed, Dec 8, 2021 at 8:56 AM
<info@heliosandmathesonsecuritieslitigation.com>
To: pnomalley@gmail.com

Dear Claimant:

We have received and processed the Proof of Claim and Release form submitted in the above-referenced matter. The claim, as submitted, did not calculate to a Recognized Loss in accordance with the Court-approved Plan of Allocation and is therefore, ineligible to receive a payment from the Settlement Fund.

You can resolve this condition of ineligibility only by submitting additional purchase transactions of Helios Common Stock during the Class Period, i.e., from August 15, 2017, and July 26, 2018, inclusive, that were not previously reflected in your Claim. You must also support any additional transactions with acceptable documentation.

If you disagree with how the Court-approved Plan of Allocation was applied to the claim, you may request Court review of our administrative determination. To request Court review, you must reply no later than 20 days from the date of this email. Your reply must: (1) specifically state that you "request that the Court review the full rejection of your Claim"; (2) state your argument(s) for why you are contesting the full rejection of the Claim; and (3) include all documentation supporting your arguments.

Please let us know if you have any questions.

Regards,

Claims Administrator
Helios and Matheson Securities Litigation
www.HeliosAndMathesonSecuritiesLitigation.com
(833) 707-1451

unsubscribe

CASE 18-CV-06965-JGK

My accounts    Balances & holdings    Account activity: Transaction history

# Buy HELIOS AND MATHESON ANALYTICS INC

Paul T. O'Malley, Nancy L. O'Malley—Brokerage Account—75895222

### Transaction information

| | |
|---|---|
| Settlement date | 05/29/2018 |
| Trade date | 05/24/2018 |
| Transaction type | Buy |
| Transaction description | Buy |
| Quantity | 2,000.0000 |
| Price | $0.46 |
| Principal amount | –$917.20 |
| Total fees and commissions | $2.00 |
| Total amount | –$919.20 |
| Account name/number | Paul T. O'Malley, Nancy L. O'Malley—Brokerage Account—75895222 |
| Holding name | HELIOS AND MATHESON ANALYTICS INC |
| Ticker symbol | HMNY |
| Account type | Margin |
| Commission | $2.00 |
| Additional description | HELIOS AND MATHESON ANALYTICS INC |
| Accrued interest | $0.00 |

Note on account protection: Vanguard Brokerage Account assets are held by Vanguard Marketing Corporation, a registered broker-dealer, member FINRA and SIPC. Account protection

CONNECT WITH US® 

---

## My Accounts

Account overview
Balances & holdings
Cost basis
Dividends & capital gains
Buy & Sell
Order status
Transaction history
Statements

## Advice & Retirement

Advice Overview
Investing goals
Retirement planning
Investor education
Calculators & tools
Tax-filing information

Forms

Personal performance
Investment prices & returns
Portfolio Watch
Tax center
Retirement contributions, distributions & RMDs
Messages
Service options checklist
Profile & account settings

## News & Perspectives

Markets & economy
How to invest
Financial management
Planning for retirement
Investing for life events
Living in retirement

## Investing

Investment products
Account types
Rollovers & transfers

## Benefits & Costs

Why we're different
Benefits
Costs & fees
Account conveniences

My accounts    Balances & holdings    Account activity: Transaction history

# Buy HELIOS AND MATHESON ANALYTICS INC

Paul T. O'Malley, Nancy L. O'Malley—Brokerage Account—75895222

### Transaction information

| | |
|---|---|
| Settlement date | 06/08/2018 |
| Trade date | 06/06/2018 |
| Transaction type | Buy |
| Transaction description | Buy |
| Quantity | 250.0000 |
| Price | $0.34 |
| Principal amount | −$85.00 |
| Total fees and commissions | $2.00 |
| Total amount | −$87.00 |
| Account name/number | Paul T. O'Malley, Nancy L. O'Malley—Brokerage Account—75895222 |
| Holding name | HELIOS AND MATHESON ANALYTICS INC |
| Ticker symbol | HMNY |
| Account type | Margin |
| Commission | $2.00 |
| Additional description | HELIOS AND MATHESON ANALYTICS INC |
| Accrued interest | $0.00 |

Note on account protection: Vanguard Brokerage Account assets are held by Vanguard Marketing Corporation, a registered broker-dealer, member FINRA and SIPC. Account protection

CONNECT WITH US® 

## My Accounts
Account overview
Balances & holdings
Cost basis
Dividends & capital gains
Buy & Sell
Order status
Transaction history
Statements

## Advice & Retirement
Advice Overview
Investing goals
Retirement planning
Investor education
Calculators & tools
Tax-filing information

Forms

Personal performance
Investment prices & returns
Portfolio Watch
Tax center
Retirement contributions, distributions & RMDs
Messages
Service options checklist
Profile & account settings

## News & Perspectives
Markets & economy
How to invest
Financial management
Planning for retirement
Investing for life events
Living in retirement

## Investing
Investment products
Account types
Rollovers & transfers

## Benefits & Costs
Why we're different
Benefits
Costs & fees
Account conveniences

My accounts   Balances & holdings   Account activity: Transaction history

# Buy HELIOS AND MATHESON ANALYTICS INC

Paul T. O'Malley, Nancy L. O'Malley—Brokerage Account—75895222

### Transaction information

| | |
|---|---|
| Settlement date | 06/27/2018 |
| Trade date | 06/25/2018 |
| Transaction type | Buy |
| Transaction description | Buy | 
| Quantity | 400.0000 |
| Price | $0.28 |
| Principal amount | –$112.00 |
| Total fees and commissions | $2.00 |
| Total amount | –$114.00 |
| Account name/number | Paul T. O'Malley, Nancy L. O'Malley—Brokerage Account—75895222 |
| Holding name | HELIOS AND MATHESON ANALYTICS INC |
| Ticker symbol | HMNY |
| Account type | Margin |
| Commission | $2.00 |
| Additional description | HELIOS AND MATHESON ANALYTICS INC |
| Accrued interest | $0.00 |

Note on account protection: Vanguard Brokerage Account assets are held by Vanguard Marketing Corporation, a registered broker-dealer, member FINRA and SIPC. Account protection

CONNECT WITH US® 

---

## My Accounts
Account overview
Balances & holdings
Cost basis
Dividends & capital gains
Buy & Sell
Order status
Transaction history
Statements

## Advice & Retirement
Advice Overview
Investing goals
Retirement planning
Investor education
Calculators & tools
Tax-filing information

Forms

Personal performance
Investment prices & returns
Portfolio Watch
Tax center
Retirement contributions, distributions & RMDs
Messages
Service options checklist
Profile & account settings

## News & Perspectives
Markets & economy
How to invest
Financial management
Planning for retirement
Investing for life events
Living in retirement

## Investing
Investment products
Account types
Rollovers & transfers

## Benefits & Costs
Why we're different
Benefits
Costs & fees
Account conveniences

My accounts    Balances & holdings    Account activity: Transaction history

# Sell HELIOS & MATHESON ANALYTICS INC PAR $0.01

Paul T. O'Malley, Nancy L. O'Malley—Brokerage Account—75895222

## Transaction information

| | |
|---|---|
| Settlement date | 06/03/2018 |
| Trade date | 06/01/2018 |
| Transaction type | Sell |
| Transaction description | Sell |
| Quantity | −11.0000 |
| Price | $0.26 |
| Principal amount | $2.85 |
| Total fees and commissions | $2.00 |
| Total amount | $0.85 |
| Account name/number | Paul T. O'Malley, Nancy L. O'Malley—Brokerage Account—75895222 |
| Holding name | HELIOS & MATHESON ANALYTICS INC PAR $0.01 |
| Ticker symbol | HMNY |
| Account type | Margin |
| Commission | $2.00 |
| Additional description | HELIOS & MATHESON ANALYTICS INC PAR $0.01 |
| Accrued interest | $0.00 |

Note on account protection: Vanguard Brokerage Account assets are held by Vanguard Marketing Corporation, a registered broker-dealer, member FINRA and SIPC. Account protection

CONNECT WITH US® 

## My Accounts

Account overview
Balances & holdings
Cost basis
Dividends & capital gains
Buy & Sell
Order status
Transaction history
Statements

## Advice & Retirement

Advice Overview
Investing goals
Retirement planning
Investor education
Calculators & tools
Tax-filing information

Forms

Personal performance
Investment prices & returns
Portfolio Watch
Tax center
Retirement contributions, distributions & RMDs
Messages
Service options checklist
Profile & account settings

## News & Perspectives

Markets & economy
How to invest
Financial management
Planning for retirement
Investing for life events
Living in retirement

## Investing

Investment products
Account types
Rollovers & transfers

## Benefits & Costs

Why we're different
Benefits
Costs & fees
Account conveniences



Do Not Use For Account Transactions
PO BOX 3009
MONROE, WI 53566-8309

PAUL T O'MALLEY &
NANCY L O'MALLEY
JT TEN WROS
PO BOX 2427
AVILA BEACH CA 93424-2427

December 31, 2018, year-to-date statement
View your statements online at vanguard.com.

**Vanguard Flagship Services®**

Janet A. Basagic, Registered Representative: 800-345-1344, Ext. 7144

Assets listed in this statement are held by Vanguard Brokerage Services® (VBS), a division of Vanguard Marketing Corporation (VMC), member FINRA and SIPC. Summary data are provided solely as a service and are for informational purposes only.

Vanguard Flagship Services®

Joint brokerage account—75895222

Paul T. O'Malley & Nancy L. O'Malley
Jt Ten WROS

Janet A. Basagic, Registered Representative: 800-345-1344, Ext. 7144

## Account overview

Total account value as of December 31, 2018  **$444,509.52**

### Activity summary

| | |
|---|---|
| Value on December 31, 2017 | $739,953.76 |
| Purchases and withdrawals | -289,442.56 |
| Market appreciation/depreciation | -14,946.69 |
| Dividends, interest and capital gains | 8,945.01 |
| Value on December 31, 2018 | $444,509.52 |

### Year-to-date income

| | |
|---|---|
| Taxable income | $8,945.01 |
| Nontaxable income | 0.00 |
| Total | $8,945.01 |

### Cost basis summary (all investments)

| Realized gain/loss | |
|---|---|
| 2018 short-term | -$8,422.09 |
| 2018 long-term | 10,166.59 |
| Unrealized gain/loss | 51,127.64 |

## Balances and holdings for Vanguard Brokerage Account—75895222

Your securities are held in your margin account, unless otherwise noted. This section only shows securities that were held in the account at the end of the time period indicated.

# Joint brokerage account—75895222

Paul T. O'Malley & Nancy L. O'Malley
Jt Ten WROS

Janet A. Basagic, Registered Representative: 800-345-1344, Ext. 7144

## Vanguard Flagship Services®



## Account activity for Vanguard Brokerage Account—75895222

### Income summary

| | Dividends | Interest | Tax-exempt interest | Short-term capital gains | Long-term capital gains | Other income |
|---|---|---|---|---|---|---|
| December | $1,019.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Year-to-date | 8,945.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

This section shows trades that have settled by December 31, 2018.

### Completed transactions

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/04 | 12/04 | V | VISA INC CL A | Dividend | | | | | $18.14 |
| 12/04 | 12/04 | V | VISA INC CL A | Reinvestment | Margin | 0.1270 | $143.1350 | | -18.14 |
| 12/05 | 12/03 | TSLA | TESLA INC | Sell | Margin | -8.0000 | 365.0000 | $2.04 | 2,917.96 |
| 12/06 | 12/06 | | ACH DIRECT DEPOSIT CHASE BANK, NA ******2525 | Withdrawal | | | | | -30,000.00 |
| 12/06 | 12/06 | | VANGUARD FEDERAL MONEY MARKET FUND | Sweep out | | | | | 27,082.04 |
| 12/10 | 12/10 | TGT | TARGET CORP | Dividend | | | | | 26.50 |
| 12/10 | 12/10 | TGT | TARGET CORP | Reinvestment | Margin | 0.3900 | 67.9240 | | -26.50 |
| 12/12 | 12/12 | BHC | BAUSCH HEALTH COMPANIES INC | Buy | Margin | 15.0000 | 22.9000 | 2.00 | -345.50 |
| 12/12 | 12/12 | | VANGUARD FEDERAL MONEY MARKET FUND | Sweep out | | | | | 345.50 |

December 31, 2018, year-to-date statement

# Joint brokerage account—75895222

Paul T. O'Malley & Nancy L. O'Malley
Jt Ten WROS

Janet A. Basagic, Registered Representative: 800-345-1344, Ext. 7144

**Vanguard Flagship Services®**

## Balances and holdings for Vanguard Brokerage Account—75895222 continued

### Stocks

| Symbol | Name | Total cost | Quantity | Price on 12/31/2018 | Balance on 12/31/2017 | Balance on 12/31/2018 |
|---|---|---|---|---|---|---|
| ACN | ACCENTURE PLC IRELAND CLASS A NEW<br>Est. annual income: $191.53; Est. yield: 2.07% | $10,148.90 | 65.5930 | $141.0100 | - | $9,249.26 |
| AGN | ALLERGAN PLC<br>Est. annual income: $31.72; Est. yield: 2.15% | 1,632.16 | 11.0140 | 133.6600 | - | 1,472.13 |
| GOOGL | ALPHABET INC CL A | 19,325.51 | 22.0000 | 1,044.9600 | 23,174.80 | 22,989.12 |
| AMZN | AMAZON.COM INC | 19,834.03 | 24.0000 | 1,501.9700 | 29,236.75 | 36,047.28 |
| BHC | BAUSCH HEALTH COMPANIES INC | 25,605.83 | 1,500.0000 | 18.4700 | - | 27,705.00 |
| CELG | CELGENE CORP | 1,270.25 | 17.0000 | 64.0900 | - | 1,089.53 |
| COST | COSTCO WHOLESALE CORP | 4,296.00 | 19.0000 | 203.7100 | - | 3,870.49 |
| DHR | DANAHER CORP<br>Est. annual income: $43.32; Est. yield: 1.12% | 10,693.06 | 131.6150 | 103.1200 | 12,142.06 | 13,572.13 |
| JPM | JPMORGAN CHASE & CO<br>Est. annual income: $84.25; Est. yield: 0.62% | 19,357.49 | 225.6510 | 97.6200 | 28,499.40 | 22,028.05 |
| MU | MICRON TECHNOLOGY INC | 2,834.00 | 75.0000 | 31.7300 | - | 2,379.75 |
| MB | MINDBODY INC CL A | 238.70 | 7.0000 | 36.4000 | 213.15 | 254.80 |



# Joint brokerage account—75895222

Paul T. O'Malley & Nancy L. O'Malley
Jt Ten WROS

Janet A. Basagic, Registered Representative: 800-345-1344, Ext. 7144

**Vanguard Flagship Services®**



## Account activity for Vanguard Brokerage Account—75895222 continued

### Completed transactions continued

| Settlement date | Trade date | Symbol | Name | Transaction type | Account type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | 12/21 | - | VANGUARD FEDERAL MONEY MARKET FUND | Sweep out | - | - | - | - | 1,105.00 |
| 12/24 | 12/20 | RTN | RAYTHEON COMPANY NEW | Buy | Margin | 10.0000 | 156.1500 | 2.00 | -1,563.50 |
| 12/24 | 12/24 | - | VANGUARD FEDERAL MONEY MARKET FUND | Sweep out | - | - | - | - | 1,563.50 |
| 12/26 | 12/21 | BHC | BAUSCH HEALTH COMPANIES INC | Buy | Margin | 100.0000 | 18.0100 | 2.00 | -1,803.00 |
| 12/26 | 12/26 | - | ACH DIRECT DEPOSIT CHASE BANK, NA ******2525 | Withdrawal | - | - | - | - | -1,500.00 |
| 12/26 | 12/26 | - | VANGUARD FEDERAL MONEY MARKET FUND | Sweep out | - | - | - | - | 3,303.00 |
| 12/28 | 12/28 | VTI | VANGUARD TOTAL STOCK MARKET ETF | Dividend | - | - | - | - | 747.93 |
| 12/28 | 12/28 | VTI | VANGUARD TOTAL STOCK MARKET ETF | Reinvestment | Margin | 5.8760 | 127.2780 | - | -747.93 |
| 12/31 | 12/31 | - | VANGUARD FEDERAL MONEY MARKET FUND | Dividend | - | - | - | - | 60.66 |
| 12/31 | 12/31 | - | VANGUARD FEDERAL MONEY MARKET FUND | Reinvestment | - | - | - | - | -60.66 |

If you had an adjustment to a dividend or interest payment from a previous month, the monthly amount shown under the Income Summary section of your brokerage statement may be overstated.

December 31, 2018, year-to-date statement

Joint brokerage account—75895222

Paul T. O'Malley & Nancy L. O'Malley
Jt Ten WROS

Janet A. Basagic, Registered Representative: 800-345-1344, Ext. 7144



Vanguard Flagship Services®

## Realized gains and losses

You can get cost basis information for both realized and unrealized gains and losses for your Vanguard account at vanguard.com.

Some or all of this information may be reported to the IRS on Form 1099-B Proceeds from Broker and Barter Exchange Transactions. Vanguard provides cost basis information using the average cost method for mutual funds and first in, first out for other holdings, unless you've selected another method. You may want to consult a tax advisor to determine the appropriate method for you. Certain adjustments may change the basis we're currently reporting to you. In that event, we'll send you revised realized gain and loss information. A dash indicates the information on our system was incomplete at the time this document was generated. See IRS Publication 550 (Investment Income and Expenses) for additional information.

## Mutual funds

### VANGUARD INTERMEDIATE TERM CORP BOND INDEX (VICSX)

| Term | Date sold | Quantity | Proceeds | Total cost | Gain/Loss | Disallowed loss | Total gain/Allowable loss |
|---|---|---|---|---|---|---|---|
| Short-term | 03/01 | 656.000 | $15,009.28 | $15,362.57 | -$353.29 | $37.35 | -$315.94 |
| Long-term | 03/01 | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short-term | 05/23 | 702.808 | $15,785.07 | $16,465.68 | -$680.61 | $21.58 | -$659.03 |
| Long-term | 05/23 | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short-term | 07/19 | 722.509 | $16,335.93 | $16,921.24 | -$585.31 | $0.00 | -$585.31 |
| Long-term | 07/19 | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short-term | 08/06 | 885.000 | $19,992.15 | $20,725.41 | -$733.26 | $0.00 | -$733.26 |
| Long-term | 08/06 | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short-term | 09/06 | 445.000 | $10,061.45 | $10,421.25 | -$359.80 | $0.00 | -$359.80 |
| Long-term | 09/06 | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short-term | 09/25 | 5,171.733 | $116,105.41 | $121,095.28 | -$4,989.87 | $0.00 | -$4,989.87 |
| Long-term | 09/25 | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total short-term** | **Various** | **8,583.050** | **$193,289.29** | **$200,991.43** | **-$7,702.14** | **$58.93** | **-$7,643.21** |
| **Total long-term** | **Various** | **0.000** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

Joint brokerage account—75895222

Paul T. O'Malley & Nancy L. O'Malley
Jt Ten WROS

Janet A. Basagic, Registered Representative: 800-345-1344, Ext. 7144

Vanguard Flagship Services® 

## Realized gains and losses continued

### Stocks

#### EBAY INC (EBAY)

| Term | Date sold | Quantity | Proceeds | Total cost | Gain/Loss | Disallowed loss | Total gain/Allowable loss |
|---|---|---|---|---|---|---|---|
| Short-term | 05/24 | 0.000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Long-term | 05/24 | 50.000 | 1,894.53 | 1,653.50 | 241.03 | 0.00 | 241.03 |
| Short-term | 05/29 | 125.000 | $4,692.44 | $4,569.68 | $122.76 | $0.00 | $122.76 |
| Long-term | 05/29 | 75.000 | 2,815.46 | 2,392.75 | 422.71 | 0.00 | 422.71 |
| Short-term | 06/21 | 0.000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Long-term | 06/21 | 200.000 | 7,627.90 | 5,221.00 | 2,406.90 | 0.00 | 2,406.90 |
| **Total short-term** | **Various** | **125.000** | **$4,692.44** | **$4,569.68** | **$122.76** | **$0.00** | **$122.76** |
| **Total long-term** | **Various** | **325.000** | **12,337.89** | **9,267.25** | **3,070.64** | **0.00** | **3,070.64** |

#### FORTIVE CORP (FTV)

| Term | Date sold | Quantity | Proceeds | Total cost | Gain/Loss | Disallowed loss | Total gain/Allowable loss |
|---|---|---|---|---|---|---|---|
| Short-term | 08/20 | 44.464 | $3,596.43 | $3,175.00 | $421.43 | $0.00 | $421.43 |
| Long-term | 08/20 | 90.100 | 7,287.66 | 5,002.70 | 2,284.96 | 0.00 | 2,284.96 |

#### GENERAL ELECTRIC CO (GE)

| Term | Date sold | Quantity | Proceeds | Total cost | Gain/Loss | Disallowed loss | Total gain/Allowable loss |
|---|---|---|---|---|---|---|---|
| Short-term | 11/05 | 40.393 | $381.73 | $486.00 | -$104.27 | $0.00 | -$104.27 |
| Long-term | 11/05 | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Joint brokerage account—75895222

Paul T. O'Malley & Nancy L. O'Malley
Jt Ten WROS

Janet A. Basagic, Registered Representative: 800-345-1344, Ext. 7144

Vanguard Flagship Services®

## Realized gains and losses continued

### PROCTER & GAMBLE CO (PG)

| Term | Date sold | Quantity | Proceeds | Total cost | Gain/Loss | Disallowed loss | Total gain/ Allowable loss |
|---|---|---|---|---|---|---|---|
| Short-term | 09/06 | 0.580 | $47.90 | $45.37 | $2.53 | $0.00 | $2.53 |
| Long-term | 09/06 | 21.171 | 1,748.45 | 1,876.18 | -127.73 | 0.00 | -127.73 |

### RITE AID CORP (RAD)

| Term | Date sold | Quantity | Proceeds | Total cost | Gain/Loss | Disallowed loss | Total gain/ Allowable loss |
|---|---|---|---|---|---|---|---|
| Short-term | 03/09 | 1,750.000 | $3,050.71 | $3,826.65 | -$775.94 | $0.00 | -$775.94 |
| Long-term | 03/09 | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### TORO CO (TTC)

| Term | Date sold | Quantity | Proceeds | Total cost | Gain/Loss | Disallowed loss | Total gain/ Allowable loss |
|---|---|---|---|---|---|---|---|
| Short-term | 06/14 | 11.847 | $732.57 | $873.54 | -$140.97 | $0.00 | -$140.97 |
| Long-term | 06/14 | 138.153 | 8,542.81 | 8,474.98 | 67.83 | 0.00 | 67.83 |
| Short-term | 06/14 | 5.000 | $309.25 | $353.23 | -$43.98 | $0.00 | -$43.98 |
| Long-term | 06/14 | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short-term | 06/14 | 0.000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Long-term | 06/14 | 9.064 | 559.50 | 545.74 | 13.76 | 0.00 | 13.76 |
| **Total short-term** | **06/14** | **16.847** | **$1,041.82** | **$1,226.77** | **-$184.95** | **$0.00** | **-$184.95** |
| **Total long-term** | **06/14** | **147.217** | **9,102.31** | **9,020.72** | **81.59** | **0.00** | **81.59** |

### TWITTER INC (TWTR)

| Term | Date sold | Quantity | Proceeds | Total cost | Gain/Loss | Disallowed loss | Total gain/ Allowable loss |
|---|---|---|---|---|---|---|---|
| Short-term | 09/07 | 160.000 | $4,862.70 | $5,719.75 | -$857.05 | $0.00 | -$857.05 |
| Long-term | 09/07 | 100.000 | 3,039.20 | 1,690.45 | 1,348.75 | 0.00 | 1,348.75 |



20190102 234504 RSBJM5A6 404D 0090000616931309 C



Vanguard Flagship Services®

Janet A. Basagic, Registered Representative: 800-345-1344, Ext. 7144

# Disclosures

### Cost basis information

Vanguard is required to report cost basis information to the IRS for sales of covered securities in taxable (nonretirement) accounts. Covered securities are generally stock or mutual funds acquired on or after January 1, 2011 and 2012, respectively. Unless you select another method, we'll use the "first in, first out" (FIFO) accounting method for sales of stocks and exchange-traded funds (ETFs) and the "average cost" method for sales of mutual funds.

### Gain or loss.
The gain or loss realized by the sale or redemption, calculated by subtracting the cost from the proceeds. Gains and losses are generally short-term if the security was held a year or less, and long-term if held more than a year.

### For our brokerage clients

Your brokerage cash and/or securities are held in custody by Vanguard Brokerage Services, a division of Vanguard Marketing Corporation, member FINRA and SIPC. Vanguard funds not held through your Vanguard Brokerage Services (VBS) account are held by The Vanguard Group, Inc., and are not protected by SIPC.

### I. General information and key terms

**Advice.** Vanguard Brokerage Services doesn't provide tax, investment, or legal advisory services, and no one associated with Vanguard Brokerage Services is authorized to render such advice.

**Direct Participation Program (DPP) and Real Estate Investment Trust (REIT).** DPP and REIT securities are generally illiquid. The value of the security will be different than its purchase price. Any estimated value on your statement may not be realized when you seek to liquidate the security.

**Financial statement.** A Vanguard Brokerage financial statement is available for your inspection at any time upon request to Vanguard Brokerage Services.

**Free credit balance.** Any free credit balance carried for your account represents funds payable on demand, which, although properly accounted for on Vanguard Brokerage's books of record, aren't segregated and may be used in the conduct of its business to the extent permitted by law. Funds in your money market settlement fund may be liquidated upon your request and the proceeds remitted to you.

**Dividend reinvestment.** When reinvesting dividends of eligible stocks, ETFs, and closed-end funds, Vanguard Brokerage Services combines cash distributions from the accounts of all clients who have requested reinvestment in the same security, and then uses that combined total to purchase additional shares of the security in the open market. The new shares are divided proportionately among the clients' accounts, in whole and fractional shares rounded to four decimal places. If the total purchase can't be completed in one trade, clients will receive shares purchased at the weighted average price paid by Vanguard Brokerage Services. Participants in our free dividend reinvestment program should refer to the "Completed transactions" area of the "Account activity for Vanguard Brokerage Account" section of their Vanguard statements for details of transaction history and dates.

For dividend reinvestment of mutual funds held in your brokerage account, the instructions are provided to the fund and the "settlement date" and "trade date" on your statement will generally represent the day the transaction is entered in your account record. Call Vanguard Brokerage Services with any questions.

**Reporting brokerage account discrepancies.** Promptly report in writing any inaccuracies or discrepancies in your Vanguard Brokerage account (including unauthorized trading) to Vanguard Brokerage Services. Any oral communication must be confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.

**Margin accounts.** If you maintain a margin account, this is a combined statement of your general account and a special memorandum account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request to Vanguard Brokerage Services. All securities must be held in your margin account. Note that purchases of open-end mutual funds and Vanguard ETFs® will settle in your cash account and after 30 days be moved into your margin account.

**Money market fund transactions.** Vanguard Brokerage Services may elect to send a monthly statement, in lieu of an immediate confirmation, for transactions executed pursuant to a periodic plan or an investment company plan, or executed in shares of any open-end and registered money market mutual fund.

**Orphaned fractional share transactions.** Vanguard Brokerage Services may elect to send a monthly statement, in lieu of an immediate confirmation, for transactions executed to liquidate orphaned fractional share positions. Orphaned fractional share positions are fractional share positions held without a corresponding whole share position. Liquidations of these positions are executed by Vanguard Brokerage Services on a principal basis at the previous day's closing price, and the proceeds are credited to your account. No transaction fee is charged.

December 31, 2018, year-to-date statement