UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE HELIOS AND MATHESON ANALYTICS,          18-cv-6965 (JGK)
INC. SECURITIES LITIGATION
                                              ORDER

JOHN G. KOELTL, District Judge:

    ECF No. 151 is permanently placed under seal.


SO ORDERED.

Dated:     New York, New York
           December 21, 2021

                                   John G. Koeltl
                              United States District Judge